IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| DAMOND DURANT | | |
| SHARAE DURANT | | **Case No.:  17-20232** |
| **Debtors'** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CREDITOR REQUEST FOR NOTICE

Now Comes, Damond Durant, Jr., ("Creditor"), by his attorneys Kim Parker, Esquire and The Law Offices of Kim Parker, P.A., and request for notice in the aforementioned matter. Please send all correspondence, pleadings and notices to the undersigned counsel.

Respectfully submitted,

**/s/ Kim Parker /s/**
_____
Kim Parker, Esq.
Federal Bar No.: 23894
The Law Offices of Kim P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E;kp@kimparkerlaw.com
Counsel for Creditor
Damond Durant, Jr.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Creditors Notice was served this day on Chapter 7 Trustee and Counsel for Debtor, by the Court's ECF Filing System.

**/s/ Kim Parker /s/**
_____
Kim Parker, Esq.