IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>**DAMOND** and **SHARAE DURANT**<br><br>Debtors | Bankruptcy Case:  17-20232-MMH<br><br>Chapter 7 |

### REQUEST FOR HEARING - SCHEDULING CONFERENCE

The United States Trustee respectfully requests that the Court set a scheduling conference on her Motion to Dismiss for Abuse filed contemporaneously herewith in the above-captioned case.  The United States Trustee desires to conduct discovery in this matter.

Respectfully Submitted,

Dated: November 6, 2017

Judy A. Robbins
United States Trustee, Region Four

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein (Fed. Bar No. 23489)
United States Department of Justice
101 W. Lombard Street, Suite 2650
Baltimore, MD 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November 2017, a copy of the foregoing Motion was mailed first-class, postage prepaid to:

Damond Durant
Sharae Durant
9217 Bellfall Ct
Columbia, MD 21045

and

AmeriCredit Financial Services, Inc. A/C dba GM Financial
P O Box 183853
Arlington, TX 76096.

I HEREBY FURTHER CERTIFY that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Brian A. Goldman    bgoldman@goldmangoldman.com, hge@goldmangoldman.com;md01@ecfcbis.com
- Kim D. Parker    kp@kimparkerlaw.com, dcn@kimparkerlaw.com;ecf_notices@kimparkerlaw.com;lawclerk@kimparkerlaw.com
- Jeffrey M. Sirody    smeyers5@hotmail.com, sffecf@gmail.com;sfaecf@gmail.com;garyp@sirody.com;jsaecf@gmail.com;sirodyjr47896@notify.bestcase.com

          /s/ *Hugh M. Bernstein*
          Hugh M. Bernstein