IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| DAMOND DURANT | | |
| SHARAE DURANT | | **Case No.: 17-20232** |
| **Debtors'** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# CREDITOR DAMOND DURANT, JR'S JOINDER
# IN
# THE US TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE

Now Comes, Damond Durant, Jr., ("Creditor"), by his attorneys Kim Parker, Esquire and The Law Offices of Kim Parker, P.A., and joins the United States Trustee's Motion to Dismiss (the "Motion"), for all the reasons stated therein.

Respectfully submitted,

**/s/ Kim Parker /s/**
_____

Kim Parker, Esq.
Federal Bar No.: 23894
THE LAW OFFICES OF KIM, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E:kp@kimparkerlaw.com

**Counsel for Creditor**
**Damond Durant, Jr.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Dismiss was served this 7th day of November, 2017 via first class mail postage prepaid to:

AmeriCredit Financial Services, Inc., A/C dba GM Financial
Po Box 183853
Arlington, Texas 76096

**Also by the Court's ECF Filing System**

Brian A. Goldman, Esq. bgoldman@goldmangoldman.com
Hugh M. Bernstein, Esq. hugh.m.bernstein@usdoj.gov
Jeffrey M. Sirody, Esq. smeyers5@hotmail.com,

**/s/ Kim Parker /s/**
_____
Kim Parker, Esq.