

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>**DAMOND** and **SHARAE DURANT,**<br><br>    Debtors. | Bankruptcy Case:  17-20232-MMH<br><br>Chapter 7 |

**SCHEDULING ORDER**
(for U.S. Trustee's Motion to Dismiss (doc. 18))

For good cause appearing, and with the consent of the parties, IT IS ORDERED:

1. Discovery may begin immediately and is to be completed by **Monday, April 2, 2018.** (As a contested matter, the initial disclosures required by Rule 7026(a) are not applicable to this case.  *See* Local Rule 9014-1.)

2. A Status Report from counsel setting forth fully the status of the case is due on **Monday, April 16, 2018**.

3. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as described by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel twenty (20) days before trial.

> **INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**
>
> Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number. **IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

4. Exhibits not objected to in writing ten (10) days before trial will stand as admitted into evidence.

5. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016(b) ten (10) days before trial.

6. Trial time estimate is one day.

7. TRIAL IS SET FOR **JUNE 18, 2018 AT 10:00 A.M. IN COURTROOM 9-C**.

8. By the signatures of their counsel below, the parties consent to the entry of final orders and/or judgments in this matter by the Bankruptcy Judge.

**SEEN AND CONSENTED TO:**

| | |
|---|---|
| /s/ *Hugh M. Bernstein* | /s/ *Jeffrey M. Sirody* |
| Hugh M. Bernstein (Fed. Bar No. 23489) | Jeffrey M. Sirody (Fed. Bar No. 11715) |
| United States Department of Justice | Jeffrey M. Sirody & Associations, P.A. |
| 101 West Lombard Street, Suite 2625 | 1777 Reisterstown Road |
| Baltimore, Maryland 21201 | Pikesville, Maryland 21208 |
| (410) 962-4300 | (410) 415-0445 |
| hugh.m.bernstein@usdoj.gov | smeyers@sirody.com |
| | |
| Counsel for the United States Trustee | Counsel for Debtors |

- 3 -

cc:    Hugh M. Bernstein
       Brian A. Goldman
       Kim D. Parker
       Jeffrey M. Sirody

**[END OF ORDER]**